02D02-2311-CT-000797
Allen Superior Court 2
Filed: 11/27/2023 10:24 AM
Clerk
Allen County, Indiana
JA

USDC IN/ND case 1:23-cv-00525-HAB-SLC   document 4   filed 11/27/23   page 1 of 4

| STATE OF INDIANA | ) | ALLEN COUNTY SUPERIOR COURT |
|---|---|---|
|  | ) |  |
| ALLEN COUNTY | ) | CAUSE NO. _____ |

| NASIRA MARTIN, | ) |
|---|---|
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| WAL-MART STORES EAST, L.P., | ) |
|  | ) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff, by counsel, alleges against Defendant as follows:

1. The Plaintiff is Nasira Martin, an individual who resides in Allen County Indiana at all material times to this Complaint, and who had shopped at the Wal-Mart located on Coldwater Road in Fort Wayne Indiana.

2. The Defendant is Wal-Mart Stores East, L.P., a corporation authorized to do business in the State of Indiana, and does so on Coldwater Road in Fort Wayne Indiana. Defendant has a principle office located at 702 SW 8th Street, Bentonville, Arkansas 72716. Defendant's Registered Agent is CT Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana 46204.

3. On December 19, 2021, Plaintiff shopped at the Wal-Mart located at 5311 Coldwater Road, Fort Wayne, Indiana 46825. While shopping, Plaintiff was with her children and her friend.

4. When Plaintiff was finished shopping, she went through the self-checkout lane. While going through the self-checkout lane, the machine kept malfunctioning, so

1

one of the Wal-Mart associates kept coming over and entering his code to get it to work again. This happened at least four times during the transaction.

5. After completing the sale with the assistance of a Wal-Mart associate, Plaintiff exited the self-checkout area and was stopped at the exit door by a man and a woman.

6. The Wal-Mart employees directed Plaintiff into the back of the store and started going through Plaintiff's items while looking at her receipt. Plaintiff got accused of stealing approximately $20.00 worth of items, but Plaintiff explained that the machine had malfunctioned at least four times and that she secured the help of a Wal-Mart employee when she was checking out.

7. At around 9:30 p.m. on December 19, 2021, a City of Fort Wayne Police Officer came and gave Plaintiff a citation which included a court date.

8. Plaintiff appeared in Court on January 3, 2022 at approximately 9:00 a.m. where she was informed that Wal-Mart had accused her of stealing $82.63 worth of items.

9. Plaintiff was asked by the Judge if she would accept a pretrial diversion or hire a lawyer, and Plaintiff was appointed a lawyer, Mr. Thomas Essex.

10. During the criminal proceedings when Plaintiff was fighting the unfounded criminal charges because she was innocent, Plaintiff became severely stressed and suffered mental anguish. This caused an exacerbation of Plaintiff's preexisting condition of Idiopathic Intracranial Hypertension (pressure inside her skull). Plaintiff was hospitalized for a week due to the exacerbation of her health condition. All of which was caused by the stress and mental anguish from her wrongful arrest.

11. During the criminal proceedings, Wal-Mart kept changing its story, and claimed that Plaintiff had stolen items, then claimed that she had "ticket swapped" and changed receipts, all of which was false, and when Plaintiff insisted in seeing the video recordings (because Wal-Mart has cameras everywhere), Wal-Mart claimed that they lost the videos and lost the receipts which supposedly proved that Plaintiff had committed theft.

12. Due to the lack of evidence, the criminal charge against Plaintiff was dismissed.

13. Because of the false criminal charges brought against Plaintiff by Defendant, Plaintiff lost her job at Taco Bell, and was subjected to financial hardship and economic instability that adversely effected the lives of the Plaintiff and her family.

14. Plaintiff's health condition also worsened because of the stress and mental anguish she was subjected to.

15. Plaintiff alleges that she was falsely arrested, wrongfully detained, and subjected to false and fictitious criminal charges, all of which caused Plaintiff to suffer extreme and severe emotional distress, mental anguish, humiliation, embarrassment, inconvenience, lost time from her life, and other similar damages and injuries for which she seeks compensatory damages.

16. Defendant's conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, pecuniary damages, punitive damages, costs of the action, reasonable attorney's fees and

costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/ *Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:  (260) 424-0600
Facsimile:   (260) 424-0712
Email: cmyers@myers-law.com
*Attorney for Plaintiff*